Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, California 90670-4756
Tel: (562) 868-5886
Fax: (562) 868-5491
E-mail: young_rohlfing.office@speakeasy.net

Attorneys for Plaintiff
GARY A. BYRD, JR.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY A. BYRD, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: EDCV 09-1817 AN <br><br> [PROPOSED] ORDER RE STIPULATION TO DISMISS WITHOUT PREJUDICE |

Based upon the parties' Stipulation to Dismiss,

IT IS HEREBY ORDERED that the court dismiss the above matter without prejudice each party to bear his/her own costs.

DATE: February 1, 2010

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE